**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE TAYLOR, on Behalf of Herself and all Others Similarly Situated,<br><br>                              Plaintiff,<br>     v.<br><br>WORLD HEALING CENTER CHURCH, INC., and TOUFIK BENEDICTUS HINN,<br><br>                              Defendants. | Case No.  2:16-cv-0881-JAM-KJN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

Plaintiff Jeanette Taylor ("Plaintiff") and Defendants World Healing Center Church, Inc. and Toufik Benedictus Hinn ("Defendants"), by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendants with prejudice.

**IT IS SO STIPULATED.**

Dated:  August 23, 2016     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Yeremey Krivoshey*
         Yeremey Krivoshey

*Attorneys for Plaintiff*

Dated:  August 23, 2016     **NIXON PEABODY LLP**

By:  */s/ Jason Gonzalez*
         Jason Gonzalez

*Attorneys for Defendants*